IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

|  |  |
|---|---|
| MICHAEL WALSH,<br>Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLINA FIRST BANK,<br>MERCANTILE BANK, AND THE<br>SOUTH FINANCIAL GROUP, INC.<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 9:10-cv-02123-SB<br><br>PLAINTIFF'S MOTION<br>PURSUANT TO RULE 41(A)(2),<br>FRCP |

Plaintiff hereby respectfully moves this Court to dismiss this matter without prejudice pursuant to Rule 41(a)(2), FRCP. Defendants have been consulted and do not object.

/s/ A. Camden Lewis
A. Camden Lewis, Fed. Bar # 2669
Lewis, Babcock, & Griffin, LLP
Post Office Box 11208
Columbia, SC 29211
(803) 771-8000
acl@lbglegal.com

Gregory M. Alford
Post Office Drawer 8008
Hilton Head Island, SC 29938
(843) 842-5500

Thomas E. Williams, Esq.,
Federal Bar # 5302
Post Office Box 6003
Hilton Head Island, SC 29938

Columbia, South Carolina
December 8, 2011